## UNITED STATES PROBATION OFFICE
### EASTERN DISTRICT OF NORTH CAROLINA

Jay F. Neely
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8695
Fax: 919-861-5555

| | |
|---|---|
| **DATE:** | January 12, 2026 |
| **FROM:** | Allison G. Carlino<br>U.S. Probation Officer |
| **SUBJECT:** | Martel Mondesir Augustin<br>Docket #: 5:25-CR-183-1D<br>Continuance Request |
| **TO:** | Honorable James C. Dever III<br>U.S. District Judge |

The defendant pled guilty on November 25, 2025, and is scheduled for sentencing during the February 23, 2026, term of court. Presently, the first draft of the Presentence Report has not been disclosed in accordance with the Local Rules, and the investigation process is ongoing. Therefore, it is respectfully requested that a continuance be granted until the April 27, 2026, term of court.

Counsel for the government and the defendant have been contacted and there are no objections to the proposed continuance. If the court concurs, the proposed Order is attached for your consideration. Should additional information regarding this request be required, please advise.


Reviewed and approved:

/s/ Christopher Patrick Eiden
Supervising U.S. Probation Officer


xc: Deputy Clerk of Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:25-CR-183-1D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MARTEL MONDESIR AUGUSTIN ) | |
| **Defendant** ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for February 23, 2026, in Raleigh. The case is hereby CONTINUED to _April 2026_ in Raleigh, North Carolina.

This __13__ day of __January__ 2026.

_____
James C. Dever III
U.S. District Judge